[No. 25147-3-I. Division One. December 10, 1990.]

MARK THACKER, *Appellant,* v. THE CITY
OF EVERETT, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-2-01982-3, Paul D. Hansen, J.,
entered November 1, 1989. *Affirmed* by unpublished opin-
ion per Pekelis, J., concurred in by Coleman, C.J., and
Winsor, J.

[No. 23631-8-I. Division One. December 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK
LONDELL CALLOWAY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-8-04030-5, Carmen Otero, J., entered
December 1, 1988. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Forrest, J., Winsor, J., dis-
senting.

[No. 10158-4-III. Division Three. December 11, 1990.]

MATT LONG, ET AL, *Respondents,* v. STEVEN KENNETH
COATES, ET AL, *Defendants,* STATE FARM FIRE
AND CASUALTY CO., *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 86-2-01030-8, Albert J. Yencopal, J.,
entered July 25, 1989. *Affirmed* by unpublished opinion per
Munson, C.J., concurred in by Green and Shields, JJ.
Opinion amended by order dated March 19, 1991, to delete
the paragraph directing that the opinion not be published.
Published at 60 Wn. App. 710.